ACCEPTED
03-17-00035-CV
21275035
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 3:59 PM
JEFFREY D. KYLE
CLERK

**No. 03-17-00035-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 3:59:19 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AUSTIN, TEXAS

**DR. RUTHIE HARPER, PLLG, LLC AND
DAVID URMAN**,

*Appellants,*

v.

**WELLBEING GENOMICS PTY LTD.,**

*Appellee.*

ON APPEAL FROM THE 98TH JUDICIAL DISTRICT

COURT, TRAVIS COUNTY, TEXAS

CAUSE NO. D-1-GN-14-002452

**APPELLEE WELLBEING GENOMICS PTY LTD.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL BRIEF REQUESTED
AT ORAL ARGUMENT**

Appellee Wellbeing Genomics Pty Ltd. files this Unopposed Motion for an extension of time to file its Supplemental Brief, which the Court requested at oral argument on November 29, 2017. Based on counsel's colloquy with the Court at oral argument, the deadline to file this Supplemental Brief is December 14, 2017. But because of a family medical emergency for Appellee's lead counsel, Robert Kantner, which has required to Mr. Kantner to travel out of state unexpectedly, as well as the upcoming end-of-year holidays, Appellee respectfully requests an extension of time to file this Supplemental Brief until January 5, 2018. The reasons for this extension are as follows.

1.      At oral argument, the Court requested the parties to submit Supplemental Briefs regarding the standard for determining whether a trade secret has been provided by a plaintiff to a defendant, and whether that trade secret has been used by the defendant. At the conclusion of the argument, the Court asked Appellee to submit the Supplemental Brief in two weeks.

2.      In the past week, Mr. Kantner's elderly mother became very ill. Mr. Kantner traveled to Virginia to be with his mother and family on Sunday, December 10. Mr. Kantner's mother has since passed away. Due to these events, Mr. Kantner will not be able to submit the Supplemental Brief under the original timeframe.

3.      In light of these circumstances, as well as the approaching Christmas and New Year's holidays, Appellee respectfully requests that the deadline to submit the requested Supplemental Brief be extended to January 5, 2018.

4.　　　As stated in the certificate of conference, counsel for Appellants does not oppose this motion.

For these reasons, Appellee Wellbeing Genomics Pty Ltd. respectfully requests that the Court grant it an extension for filing its Supplemental Brief, as requested by the Court, to January 5, 2018, and for such other and further relief to which it is entitled.

Respectfully submitted,

*/s/ Robert W. Kantner*

Robert W. Kantner
JONES DAY
Texas State Bar No. 1093900
2727 North Harwood Street
Dallas, Texas 75201
Telephone:　+1.214.969.3737
Facsimile:　+1.214.969.5100

ATTORNEY FOR APPELLEE
WELLBEING GENOMICS PTY LTD.

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies, pursuant to the Texas Rule of Appellate Procedure 10.1(a)(5), that on December 10, 2017, I communicated by email with Marcy Hogan Greer, counsel for Appellants, regarding this motion for extension of time. Ms. Greer stated that her clients do not oppose the relief sought in this motion.

*/s/ Robert W. Kantner*
Robert W. Kantner

## CERTIFICATE OF SERVICE

On December 13, 2017, I electronically filed this Motion for Extension of Time with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system which will send notifications of such filing to the following counsel of record:

Marcy Hogan Greer
mgreer@adjtlaw.com
Alexander Dubose Jefferson & Townsend LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562

William T. ("Tommy") Jacks
jacks@fr.com
Davis S. Morris
dmorris@fr.com
Fish & Richardson P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701

*/s/ Robert W. Kantner*
Robert W. Kantner